MISTY TATIANA EATON
1210 ESTELLE ST
HATTIESBURG, MS 39402

MERIT HEALTH WESLEY
5001 HARDY ST
HATTIESBURG, MS 39402

SUSAN STEADMAN
522 MAIN ST.
HATTIESBURG, MS 39401

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MISSISSIPPI FEDERAL CU
ATTN: BANKRUPTCY
2500 NORTH STATE ST
JACKSON, MS 39296

TENFOLD PROPERTIES
6036 OLD HWY 42
HATTIESBURG, MS 39402

ANGIE LOTT
6036 OLD HWY 42
HATTIESBURG, MS 39402

NELNET
PO BOX 82561
LINCOLN, NE 68501

U.S. DEPARTMENT OF ED
ATTN: BANKRUPTCY
400 MARYLAND AVE SW
WASHINGTON, DC 20202

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

PINE BELT FCU
1808 EVELYN GANDY PKWY
HATTIESBURG, MS 39401

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

CRESCENT BANK & TRUST
PO BOX 631250
IRVING, TX 75063

RADIUS GLOBAL SOLUTION
9550 REGENCY SQ
STE 602
JACKSONVILLE, FL 32225

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

FORREST GENERAL
PO BOX 16389
HATTIESBURG, MS 39404

REALTY EXECUTIVES
118 LAMAR BLVD ST 10
HATTIESBURG, MS 39402

WINN BROWN LAW FIRM
PO BOX 249
SOUTHAVEN, MS 38671

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

REMAX
119 MAYFAIR RD
HATTIESBURG, MS 39402

JIM STROO
118 LAMAR BLVD
STE 10
HATTIESBURG, MS 39402

SPRING OAKS CAPITAL
ATTN: BANKRUPTCY
P.O. BOX 1216
CHESAPEAKE, VA 23327