Certificate Number: 17082-MSS-DE-041119220

Bankruptcy Case Number: 26-50792



17082-MSS-DE-041119220

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2026, at 7:28 o'clock PM MST, MISTY T EATON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 21, 2026               By:      /s/Orsolya K Lazar

                                    Name:   Orsolya K Lazar

                                    Title:   Executive Director