# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50792     **Case Name:** Misty Tatiana Eaton

**Set:** 07/14/2026 01:30 pm   **Chapter:** 13   **Type:** bk    **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #16) - AGREED ORDER TO BE SUBMITTED BY WILSON; EMAIL RECEIVED FROM WILSON

---

Minute Entry Re: (related document(s): [9] Confirmation hearing) Brian Wilson to submit an Agreed Order on the Trustee's Objection [16]. Order due by 07/28/2026. Confirmation hearing removed. (mcc)