_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 30, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Misty Tatiana Eaton,** | **CASE NO: 26-50792 KMS** |
| **DEBTOR(S).** | **CHAPTER 13** |

Brian Wilson, Esq.
Thomas Carl Rollins, Jr., Esq.

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on August 13, 2026, at 10:30 a.m. in the

William F. Colmer Federal Courthouse, Courtroom 2, 701 North Main Street, Hattiesburg,

Mississippi, to show cause why sanctions or other relief should not be imposed for failure to

submit the appropriate order or judgment resulting from the hearing set on July 14, 2026, on the

Objection to Confirmation filed by the Trustee (Dkt. #16) in the above-styled case.   *See* Miss.

Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##