_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Misty Tatiana Eaton,                                      CASE NO. 26-50792 KMS

DEBTOR(S).                                                         CHAPTER 13

### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #18) entered on July 30, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Objection to Confirmation filed by the Trustee (Dkt. #16) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##