United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                Case No. 26-50792-KMS

Misty Tatiana Eaton                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                    Page 1 of 3

Date Rcvd: Aug 11, 2026                  Form ID: n031                            Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Misty Tatiana Eaton, 1210 Estelle St, Hattiesburg, MS 39402-2717 |
| 5699875 | | Align Balance, P.O. Box 649510, Dallas, TX 75264-9510 |
| 5671531 | + | Angie Lott, 6036 Old Hwy 42, Hattiesburg, MS 39402-9705 |
| 5671535 | + | Forrest General, PO Box 16389, Hattiesburg, MS 39404-6389 |
| 5671537 | + | Jim Stroo, 118 Lamar Blvd, Ste 10, Hattiesburg, MS 39402-8147 |
| 5671538 | + | Merit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5671545 | + | ReMax, 119 Mayfair Rd, Hattiesburg, MS 39402-1464 |
| 5671544 | | Realty Executives, 118 Lamar Blvd St 10, Hattiesburg, MS 39402 |
| 5671547 | + | Susan Steadman, 522 Main St., Hattiesburg, MS 39401-3426 |
| 5671548 | + | Tenfold Properties, 6036 Old Hwy 42, Hattiesburg, MS 39402-9705 |
| 5671553 | + | Winn Brown Law Firm, PO Box 249, Southaven, MS 38671-0003 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5685190 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2026 19:45:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5671534 | | Email/Text: bankruptcy@peritusservices.com | Aug 11 2026 19:45:00 | Crescent Bank & Trust, Po Box 631250, Irving, TX 75063 |
| 5671532 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 19:44:07 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5671533 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2026 19:45:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5684241 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 11 2026 19:46:00 | Crescent Auto Fin c/o Peritus Portfolio Svcs II, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5676838 | + | Email/Text: FSBank@franklinservice.com | Aug 11 2026 19:45:00 | Hattiesburg Oral Surgery, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5671536 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2026 19:45:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5671539 | + | Email/Text: jmiller@mutualcu.org | Aug 11 2026 19:46:00 | Mississippi Federal CU, Attn: Bankruptcy, 2500 North State St, Jackson, MS 39216-4500 |
| 5671540 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 11 2026 19:45:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5671541 | | Email/Text: caseyof2@yahoo.com | Aug 11 2026 19:45:00 | Oak Grove Credit, 5266 Old Hwy 11, Ste 130, Hattiesburg, MS 39402 |
| 5671542 | | Email/Text: gasper.olivia@yahoo.com | Aug 11 2026 19:45:00 | Pine Belt FCU, 1808 Evelyn Gandy Pkwy, Hattiesburg, MS 39401 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2026 | Form ID: n031 | Total Noticed: 31 |

| 5671543 | + Email/Text: ngisupport@radiusgs.com | | |
|---|---|---|---|
| | | Aug 11 2026 19:45:00 | Radius Global Solution, 9550 Regency Sq, Ste 602, Jacksonville, FL 32225-8116 |
| 5671546 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Aug 11 2026 19:45:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5683031 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Aug 11 2026 19:45:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 5671549 | + Email/Text: edbknotices@ecmc.org | | |
| | | Aug 11 2026 19:45:00 | U.S. Department of Ed, Attn: Bankruptcy, 400 Maryland Ave Sw, Washington, DC 20202-0001 |
| 5675292 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Aug 11 2026 19:45:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 5671550 | ^ MEBN | | |
| | | Aug 11 2026 19:42:35 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5671551 | + Email/Text: ebone.woods@usdoj.gov | | |
| | | Aug 11 2026 19:45:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5694654 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 11 2026 19:43:57 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5671552 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Aug 11 2026 19:45:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Misty Tatiana Eaton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-6  User: mssbad  Page 3 of 3
Date Rcvd: Aug 11, 2026  Form ID: n031  Total Noticed: 31

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−50792−KMS
**Chapter:**  13

**In re:**

Misty Tatiana Eaton
1210 Estelle St
Hattiesburg, MS 39402

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 11, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 11, 2026

Danny L. Miller, Clerk of Court