**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re: **Misty Tatiana Eaton** Case No.: **26-50792-KMS**

DEBTOR. Chapter: **13**

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

This matter is before the Court on the motion of **Larry Curtis and Josephine Curtis** for relief from the automatic stay of 11 U.S.C. § 362 [and the co-debtor stay of 11 U.S.C. § 1301] (Dkt. #__). Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

IT IS THEREFORE ORDERED and ADJUDGED that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 [and the co-debtor stay of 11 U.S.C. § 1301] as to the following property:

**16 Woodside, Hattiesburg, Mississippi 39402**

##END OF ORDER##

Submitted by:

**Larry Curtis**, Movant pro se
**1005 N 2nd Ave, Laurel, MS 39440**
**916-652-6568**
**Email: lgcurtis@gmail.com**

**Josephine Curtis**, Movant pro se
**1005 N 2nd Ave, Laurel, MS 39440**
**916-652-6568**
**Email: jocurtis44@hotmail.com**