# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Gulfport

Receipt Date: Sep 16, 2026 12:50PM

Larry Gene Curtis

Rcpt. No: 60001040 Trans. Date: Sep 16, 2026 12:50PM Cashier ID: #JD (3652)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| AB | COMPEL ABANDONME | 26-50792-KMS | 1 | 199.00 | 199.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | CREDIT | $199.00 |
| | Total Due Prior to Payment: | $199.00 |
| | Total Tendered: | $199.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Debtor:** Misty Tatiana Eaton

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.