**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: **Misty Tatiana Eaton** Case No.: **26-50792-KMS**

DEBTOR. Chapter: **13**

## DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter is before the Court on the motion of **Larry Curtis and Josephine Curtis** for relief from the automatic stay of 11 U.S.C. § 362 [and the co-debtor stay of 11 U.S.C. § 1301] (Dkt. # 27). Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

IT IS THEREFORE ORDERED and ADJUDGED that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 [and the co-debtor stay of 11 U.S.C. § 1301] as to the following property:

**16 Woodside, Hattiesburg, Mississippi 39402**

##END OF ORDER##

Submitted by:

**Larry Curtis**, Movant pro se
**1005 N 2nd Ave, Laurel, MS 39440**
**916-652-6568**
**Email: lgcurtis@gmail.com**

**Josephine Curtis**, Movant pro se
**1005 N 2nd Ave, Laurel, MS 39440**
**916-652-6568**
**Email: jocurtis44@hotmail.com**