United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50792-KMS
Misty Tatiana Eaton Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Oct 05, 2026 Form ID: pdf012 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Misty Tatiana Eaton, 1210 Estelle St, Hattiesburg, MS 39402-2717 |
| cr | + | Josephine Curtis, 1005 N 2nd Ave., Laurel, MS 39440-2951 |
| cr | + | Larry Curtis, 1005 N 2nd Ave, Laurel, MS 39440-2951 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Misty Tatiana Eaton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: **Misty Tatiana Eaton** | Case No.: **26-50792-KMS** |
| DEBTOR. | Chapter: **13** |

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

This matter is before the Court on the motion of **Larry Curtis and Josephine Curtis** for relief from the automatic stay of 11 U.S.C. § 362 [and the co-debtor stay of 11 U.S.C. § 1301] (Dkt. #27). Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

IT IS THEREFORE ORDERED and ADJUDGED that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 [and the co-debtor stay of 11 U.S.C. § 1301] as to the following property:

**16 Woodside, Hattiesburg, Mississippi 39402**

##END OF ORDER##

Submitted by:

**Larry Curtis**, Movant pro se
**1005 N 2nd Ave, Laurel, MS 39440**
**916-652-6568**
**Email: lgcurtis@gmail.com**

**Josephine Curtis**, Movant pro se
**1005 N 2nd Ave, Laurel, MS 39440**
**916-652-6568**
**Email: jocurtis44@hotmail.com**